**Vincent L. BARR, Plaintiff—Appellant,**

v.

**G. Thomas COOPER, Jr., South Carolina Circuit Judge; J. Ernest Kinard, Jr., South Carolina Circuit Judge; Barbara Scott, Clerk of Court for Richland County; Vincent Smith, Assistant Solicitor; Henry Dargan McMaster, Attorney General of South Carolina, Defendants—Appellees.**

No. 05–7311.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Jan. 3, 2006.

Vincent L. Barr, Appellant Pro Se.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent L. Barr appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Barr v. Cooper,* No. CA–05–1725–2 (D.S.C. filed Aug. 5, 2005 & entered Aug. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*